UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Georgiann Jordan, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>      - against -<br><br>CVS Pharmacy, Inc.,<br><br>                Defendant | 1:23-cv-00979-JLS-HKS |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff gives notice that this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 22, 2024

                                            Respectfully submitted,

                                            Sheehan & Associates, P.C.
                                            /s/Spencer Sheehan
                                            Spencer Sheehan
                                            spencer@spencersheehan.com
                                            60 Cuttermill Rd Ste 412
                                            Great Neck NY 11021
                                            Tel: (516) 268-7080

## Certificate of Service

I certify that on May 22, 2024, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan